

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00766-CR

**EX PARTE** Efrain Santiago **DELGADO HERRERA**

From the County Court, Kinney County, Texas
Trial Court No. 11581CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: October 25, 2023

DISMISSED

Appellant, Efrain Santiago Delgado Herrera, has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). No opinion has issued. *See id.*

Accordingly, we grant the motion and dismiss this appeal. *See id.* We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH